November 21, 1974.

M. P. No. 74-176. THE CONSTITUTIONAL RIGHT TO LIFE COMMITTEE *et al. v.* JOSEPH E. CANNON *et al.* Petition for writ of certiorari is denied without prejudice to the right of petitioner to raise the issue presented herein at the time of hearing on the appeal. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Joseph R. Palumbo, Jr.,* for petitioners. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for respondents.

M. P. No. 74-257. ALBERT D'ANGELO *v.* SCHOOL COMMITTEE OF THE TOWN OF SMITHFIELD. Petition for writ of certiorari is denied. *Ernest Barone,* for petitioner.

C. A. No. 73-252. STATE *v.* JOSEPH A. AMORUSO *et al.* Motion of defendant Edward E. Woodlyn for a speedy determination on the merits is denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Moore, Virgadamo, Boyle & Lynch, Ltd., Joseph R. Palumbo, Jr.,* for defendant Edward E. Woodlyn.

C. A. Nos. 1963, 1964. STATE *v.* VITO N. RUSSO. Motion of defendant that court reinstate the appeal in *State v. Russo,* No. 1964 — C. A., is denied as being moot. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Vito N. Russo,* defendant, pro se.

APPEAL NOS. 73-50, 73-61. JOHN J. NORTON *v.* NICOLA PAOLINO. JAMES O'MALLEY *v.* CHARLES F. JACKSON. Petition of appellant James O'Malley to reargue is denied. Roberts, C. J. and Paolino, J. not participating. (Original Opinion reported in 113 R. I. 728.) *Nugent & Nugent, J. Joseph Nugent, Jr.,* for appellant James O'Malley. *Roberts & Willey Incorporated, David W. Carroll,* for appellee The Travelers Insurance Company.